```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES KERRIGAN                  :     CIVIL ACTION
                                :
          v.                    :
                                :
OTSUKA AMERICA                  :
PHARMACEUTICAL, INC., et al.    :     NO. 12-4346
```

ORDER

AND NOW, this 31st day of October, 2012, upon consideration of the Defendant's Motion to Dismiss (Docket No. 11) and the opposition and reply thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendant's motion is GRANTED.  The plaintiff's New Jersey Law Against Discrimination, intentional infliction of emotional distress, negligent infliction of emotional distress, and misrepresentation counts are dismissed with prejudice and the Conscientious Employee Protection Act and defamation counts are dismissed without prejudice.  The plaintiff may file an amended complaint to re-plead the two claims dismissed without prejudice within 30 days of the date of this order.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```