IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES KERRIGAN : CIVIL ACTION
:
v. :
:
OTSUKA AMERICA :
PHARMACEUTICAL, INC., et al. : NO. 12-4346

ORDER

AND NOW, this 25th day of March, 2013, upon consideration of the Defendants' Motion to Dismiss the Plaintiff's Amended Complaint (Docket No. 25); the plaintiff's opposition (Docket No. 26); and the defendants' reply (Docket No. 27), IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendants' motion is GRANTED.

The plaintiff's amended complaint is dismissed with prejudice.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.