IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KERRIGAN,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>OTSUKA AMERICA PHARMACEUTICAL, INC.; AND MARK ALTMEYWE,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 12-4346 |

# O R D E R

**AND NOW**, this 14th day of October, 2015, upon consideration of Defendant Otsuka America Pharmaceutical, Inc.'s ("OAPI") Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [ECF No. 49]; the Plaintiff's opposition thereto [ECF No. 50]; and the Defendant OAPI's reply [ECF No. 51], **IT IS ORDERED** that:

1. Defendant OAPI's Motion is **GRANTED IN PART AND DENIED IN PART**;

    a. The Motion to dismiss Plaintiff's CEPA claim concerning publications regarding Samsca is **DENIED**; and

    b. Plaintiff's CEPA claim concerning DUEs is **DISMISSED WITH PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/S/WENDY BEETLESTONE, J.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**