IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES KERRIGAN,**<br>　　　　　**Plaintiff,**<br><br>　　　　　v.<br><br>**OTSUKA AMERICA PHARMACEUTICAL, INC.; AND MARK ALTMEYWE,**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 12-4346** |

# O R D E R

AND NOW, this 5th day of July, 2016, upon consideration of Defendants Otsuka America Pharmaceutical, Inc.'s ("OAPI") and Mark Altmeyer's *Daubert* Motion to Exclude the Opinions in, and Any Testimony Regarding, the Report of Marie Fairchild Pertaining to Alleged Front Pay Damages [ECF No. 74]; the Plaintiff's opposition thereto [ECF No. 76]; and the Defendants' reply [ECF No. 80], and in light of the Court's July 5, 2016, order granting Defendants' motion for Summary Judgment, **IT IS ORDERED** that Defendant's Motion is **DISMISSED AS MOOT**.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　/s/ Wendy Beetlestone
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**